223 So.2d 672

**STATE of Louisiana**

v.

**Elbert Rhea BELCHER.**

No. 49933.

June 26, 1969.

In re: Elbert Rhea Belcher applying for writ of certiorari.

The application is denied. In view of the written return of the trial judge, the showing made is not sufficient to warrant the exercise of our supervisory jurisdiction.

223 So.2d 672

**STATE of Louisiana ex rel. Thomas NELSON**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 49937.

June 26, 1969.

In re: Thomas Nelson applying for writ of certiorari and habeas corpus.

The application is denied. The showing made does not warrant the relief sought.